# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DEWAYNE MORTON,** ) | |
| **BOP REGISTER NO. 14125-003,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIV. ACT. NO. 1:24-cv-432-TFM-B** |
| ) | |
| **KRISTI DUBOSE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 9th day of April, 2025.

          /s/Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES DISTRICT JUDGE